UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

SHAWN WALDROP     1:20-cv-04995

    Plaintiff

v     NOTICE OF MOTION
     TO ADMIT COUNSEL
MONTAGE RESOURCES CORPORATION, ET AL     PRO HAC VICE

---------------------------------------------------------X

TO:    Opposing Counsel
        Daniel Sadeh & Zachary Halper
        667 Madison Ave., 5th Floor
        New York, NY 10065

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I PETER A. STOKES will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Norton Rose Fulbright US LLP and a member in good standing of the bar(s) of the State(s) of Texas, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Montage Resources Corporation. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 10-29-20

Respectfully submitted,

_____
Signature of Movant
Firm Name   Norton Rose Fulbright US LLP
Address   98 San Jacinto Blvd, Suite 1100
         Austin TX 78701
Email   peter.stokes@nortonrosefulbright.com
Phone   512-536-5287