Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN WALDROP,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTAGE RESOURCES CORPORATION, RANDALL ALBERT, MARK BURROUGHS, GENE DAVIS, DON DIMITRIEVICH, RICHARD PATERSON, D. MARTIN PHILLIPS, JOHN REINHART, DOUGLAS SWANSON, JR. and ROBERT ZORICH,<br><br>    Defendants. | Case No: 1:20-cv-04995-RPK-SMG<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shawn Waldrop hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: November 24, 2020                    Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

1

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel Sadeh, hereby certify that on November 24, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.


Dated: November 24, 2020                         /s/ Daniel Sadeh
                                                 Daniel Sadeh